UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

IT'S A 10, INC., a Florida Corporation; and CAROLYN PLUMMER

      Plaintiffs,

  -against-

PH BEAUTY LABS, INC., a California Corporation, and FREEMAN BEAUTY, A DIVISION OF PH BEAUTY LABS, BED, BATH AND BEYOND, INC., a New Jersey Corporation; and PATHMARK STORES, INC., a New Jersey Corporation,

      Defendants.

------------------------------------------------------------------------ x

ECF Case

No. 10-CV-972 (RWS)

**RULE STATEMENT 7.1**

FILED ELECTRONICALLY

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant, Pathmark Stores, Inc. certify that it is a publicly held corporation.

Dated: New York, New York
   August 5, 2010

          Respectfully submitted,
          COWAN, LIEBOWITZ & LATMAN, P.C.

          By: _____
            Arlana S. Cohen
          1133 Avenue of the Americas
          New York, New York  10036
          212-790-9200
          Attorneys for Defendant Pathmark Stores, Inc.

27904/042/1187541.1