# TIAJOLOFF & KELLY LLP

CHRYSLER BUILDING, 37TH FLOOR
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174

TEL. NO. 212-490-3285
FAX NO. 212-490-3295
E-MAIL: ekelly@tkiplaw.com



RECEIVED AUG 1 2 2010 JUDGE SWEET CHAMBERS

August 12, 2010

Via Fax (212) 805-7925

Hon. Judge Robert W. Sweet
United States Judge
United States District Court
Daniel Patrick Moynihan Courthouse
For the Southern District of New York
500 Pearl Street, Suite 1620
New York, NY 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/10
```

Re:   It's a 10, Inc. v. Ph Beauty Labs, Inc. et al. 10 CV 972 (RWS)(JCF)

Dear Judge Sweet:

We represent the Plaintiffs in the referenced matter.

This is a trademark infringement case in which Plaintiff It's a 10, Inc. alleges, *inter alia*, that Defendants infringed Plaintiffs' trademarks and trade dress.

We are contacting the Court to request that the Court adjourn the pre-trial conference currently scheduled for **October 6, 2010** until **December 6, 2010** to allow the parties additional time to prepare for and attend a settlement conference before Magistrate Francis currently scheduled for **October 1, 2010** and, as more fully discussed below, to complete discovery, if necessary. The Court has not entered a discovery scheduling order in this case. This is the first request for an extension of the October 6, 2010 pre-trial conference.

We have conferred with Defendants' counsel Brian W. Brokate, Esq. as to this request. Defendants counsels' position is that they do not oppose this request but do not join in the request (Defendants pH Beauty Labs, Inc. and Bed Bath & Beyond, Inc. are currently represented by Brian W. Brokate, Esq. of the firm Gibney Anthony & Flaherty. Defendant Pathmark Stores, Inc. is currently represented by Ariana Cohen, Esq. of the firm Cowan Liebowitz & Latman. However, we were advised by Mr. Brokate yesterday that his firm will shortly be substituting in as counsel for Pathmark Stores, Inc.).

The parties are currently scheduled to appear for a settlement conference before Magistrate Judge Francis on **October 1, 2010**.

*So ordered*
*S/ [signature]*
*8-17-10*

A copy of the Court's Order of June 17, 2010 is attached. The Court's Order currently sets **a pre-trial conference for October 6, 2010.**

The procedural history of this case is as follows:

-Plaintiffs filed a Complaint on February 5, 2010 and moved for a preliminary injunction on March 4, 2010;

-Defendant pH Beauty answered on March 31, 2010;

- The Court heard Plaintiffs' motion for preliminary injunction on March 31, 2010 and entered a preliminary injunction upon consent on April 7, 2010. (The parties did not conduct any discovery in connection with Plaintiffs' preliminary injunction motion);

-On March 26, 2010, Defendant pH Beauty moved to transfer the case to California;

--On April 9, 2010, Plaintiff moved to amend their Complaint to, inter alia, add Defendants Bed, Bath & Beyond and Pathmark Stores, Inc.;

- On June 14, 2010, the Court denied Defendants' motion to transfer the case and granted Plaintiffs' motion to amend the complaint to add Bed, Bath & Beyond and Pathmark Stores, Inc. as Defendants;

-Plaintiffs filed an Amended Complaint on June 16, 2010 to, *inter alia*, add Bed, Bath & Beyond, Inc. and Pathmark Stores, Inc. as Defendants;

-Defendants Bed, Bath & Beyond and Pathmark Stores, Inc. were served with process on June 21 and 22, 2010, and answered on July 13, 2010 and August 5, 2010, respectively;

-Defendant pH beauty Labs, Inc. answered on July 1, 2010;

-On July 16, 2010, Plaintiffs served document requests and interrogatories on Defendant pH Beauty and noticed depositions for early September 2010;

-On July 27, 2010 Plaintiffs served document requests and interrogatories on Bed, Bath & Beyond and Pathmark Stores, Inc.;

-On August 11, 201, Plaintiffs noticed depositions of Bed, Bath & Beyond and Pathmark for September, 27 and 28, 2010;

-Plaintiffs agreed with Defendants that all Defendants' responses to Plaintiffs' document requests and interrogatories will be served by **September 4, 2010.**

Defendant pH Beauty has agreed to provide relevant information to Plaintiffs in advance of the **October 1, 2010** settlement conference (This Court has entered a confidentiality order to facilitate that exchange of information).

The parties request the adjournment of the pre-trial conference to **December 6, 2010** to allow the parties additional time to prepare for the settlement conference of **October 1, 2010** and to conduct discovery, if necessary. Plaintiffs currently anticipate three witness depositions of Defendant pH Beauty and a deposition of each of Bed, Bath & Beyond and Pathmark Stores, Inc. In the event that Defendants' document production (which is due **September 4, 2010**) is delayed or incomplete, Plaintiffs anticipate that the deposition schedule would slip and Plaintiffs would need more time to complete discovery. Additionally, discovery of Defendant pH Beauty may reveal additional necessary witnesses for discovery, including a former employee of Defendant pH Beauty.

For the foregoing reasons, Plaintiffs request that the pretrial conference currently scheduled for **October 6, 2010** be adjourned to **December 6, 2010** or some other date appropriate for the Court which would allow Plaintiffs additional time to complete discovery.

Respectfully Submitted,

*Edward Kelly*

Edward P. Kelly

Cc: Michael Lee, Esq.
　　Brian W. Brokate, Esq.
　　Attorneys for Defendants
　　Ph Beauty Labs, Inc.
　　and Freeman Beauty, a Division of Ph Beauty Labs, Inc.; and
　　Bed, Bath & Beyond, Inc.
　　Gibney, Anthony & Flaherty LLP
　　665 Fifth Ave., 10th Floor
　　New York, NY 10022
　　Fax: (212) 688-8315
　　wmlee@gibney.com
　　bwbrokate@gibney.com

　　Arlana Cohen, Esq.
　　Attorney for Defendant Pathmark Stores, Inc.
　　Cowan, Liebowitz & Latman, P.C.
　　1133 Avenue of the Americas
　　New York, NY 10036
　　(212) 575-0671
　　asc@cll.com

Case 1:10-cv-00972-RWS   Document 46   Filed 06/17/10   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



It's A 10 _____ Plaintiff(s),

- against -

PH Beauty Labs _____ Defendant(s).

PRETRIAL ORDER
10 civ. 972 (RWS)

Sweet, D. J.

    Counsel are directed to appear in courtroom 18C on Oct 6, 10 _____ at 4:30 pm for a pretrial conference for the purpose of resolving any outstanding discovery or other issues, and setting a time for trial. Plaintiff(s)' counsel ARE REQUIRED TO NOTIFY COUNSEL FOR ALL PARTIES OF THIS CONFERENCE. Prior to the appearance at the pretrial conference, all counsel appearing in the action shall have discussed any open issues.

    This conference may not be adjourned without direction from the court. Failure to appear at the conference may result in termination of this action.

    All mail and telephone calls concerning the calendar status of this action must be directed to the Courtroom Clerk. Any requests for interpreters must be made at least 24 hours in advance of the hearing at which such services are required by calling the Interpreters Office (805-0064).

    It is so ordered.

New York, N. Y.
6/17/10

ROBERT W. SWEET
U.S.D.J.

# TIAJOLOFF & KELLY

CHRYSLER BUILDING, 37TH FLOOR
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174

TEL. NO. 212-490-3285
FAX NO. 212-490-3295
E-MAIL: epk@patentadvance.com

## FAX TRANSMITTAL SHEET

| TO: | FAX NUMBER: |
|---|---|
| Hon. Judge Robert W. Sweet | 212-805-7925 |

Date: August 12, 2010

Re: It's a 10, Inc. v. pH Beauty Labs et al. 10 CV 972 (RWS)(JCF)

TOTAL NUMBER OF PAGES (INCLUDING THIS PAGE): 5

Please see the attached.

*Edward P. Kelly*

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are neither the intended recipient nor an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this'd communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address. Thank you.