**MEMO ENDORSED**JOLOFF & KELLY LLP

CHRYSLER BUILDING, 37TH FLOOR
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174

TEL. NO. 212-490-3285
FAX NO. 212-490-3295
E-MAIL: ekelly@tkiplaw.com



September 24, 2010

**Via Fax 212-805-7930/Conf. by Mail**

Hon. Judge James C. Francis
Daniel Patrick Moynihan Courthouse
United States District Court
For the Southern District of New York
500 Pearl Street, Room
New York, NY 10007



USDC
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/10

Re:   It's a 10, Inc. et al. v. Ph Beauty Labs et al.
      (S.D.N.Y. 10 CV 972 (RWS)

Dear Judge Francis:

We represent the Plaintiffs in the referenced action.

The case is presently scheduled for a settlement conference on October 1, 2010.

The parties are jointly contacting the Court to request an adjournment of the October 1, 2010 conference date in view of the fact that the parties have been in settlement negotiations and have reached terms that they believe will allow them to shortly finalize a settlement without the assistance of the Court. This is the first request for adjournment of this conference.

Therefore, we request that the October 1, 2010 conference be adjourned and the parties be allowed to conclude settlement and advise the Court of the status of settlement no later than October 15, 2010.

*9/30/10
Application granted.
SO ORDERED.
James C. Francis
USMJ*

Regards,

Edward P. Kelly

Cc: Walter Michael Lee, Esq.
    Brian Brokate, Esq,
    Attorneys for Defendants pH Beauty & Bed, Bath & Beyond (via fax)
    Arlana Cohen, Esq.
    Attorney for Defendant Pathmark Stores, Inc.