UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

It's a 10,

-v.-

: 10 civ 972 (RWS)

Ph Beauty Labs

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/10

Please be advised that the conference scheduled for 12-6-10 has been rescheduled to 2-2-11 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

11/30/10

_____
ROBERT W. SWEET
United States District Judge