UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
It's a 10, Inc.,

                    Plaintiff(s)          10 Civ. 972(RWS)
          vs.
                                                Order
Ph Beauty Labs, Inc., et al.



                    Defendant(s)
------------------------------------

Pursuant to plaintiff's letter dated February 3, 2011 to the
Court, and the Court having been advised that this action is
settled, IT IS ORDERED that the action is dismissed.


          It is so ordered.

New York, N. Y.
DATE:  2. 4. 1T                    _____
                                       ROBERT W. SWEET
                                           U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/11